United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YINGYING QIN,

　　　　　Plaintiff,

　　v.

PAM BONDI, et al.,

　　　　　Defendants.

Case No.　26-cv-04724-MMC

**ORDER DIRECTING PLAINTIFF TO SUBMIT COURTESY COPY OF COMPLAINT**

On May 19, 2026, the above-titled action was assigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a courtesy copy of her Complaint, filed May 19, 2026, and exhibits attached thereto. Additionally, as required by the Court's Standing Orders, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers." See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

**IT IS SO ORDERED.**

Dated: May 22, 2026

_____
MAXINE M. CHESNEY
United States District Judge