CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

YINGYING QIN,

                    Plaintiff,

          v.

TODD BLANCHE[1], Acting Attorney General
of the United States, et al.,

                    Defendants.

Case No. 3:26-cv-04724-MMC

**STIPULATION TO STAY PROCEEDINGS;
[PROPOSED] ORDER**

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until September 10, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

1.    Plaintiff filed this action seeking adjudication of her Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services (USCIS) has scheduled Plaintiff a re-interview for August 10, 2026. USCIS will work diligently towards completing adjudication of the Form I-589 application within 31 days after the interview, absent the need for further

---

[1] Todd Blanche is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stipulation to Stay
Case No. 3:26-cv-04724-MMC                                    1

adjudicative action or unforeseen circumstances that would require additional time for adjudication.

2.    Plaintiff agrees to submit all supplemental documents and evidence to USCIS seven to ten days prior to the agreed upon scheduled interview. Plaintiff recognizes that failure to submit these documents seven to ten days prior to the interview may result in the interview being rescheduled at no fault of USCIS.

3.    If needed by Plaintiff or her dependent(s), Plaintiff shall bring her own interpreter to her asylum interview. See https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13. Plaintiff recognizes that failure to bring an interpreter to her interview may result in the interview being rescheduled at no fault of USCIS.

4.    Upon receipt of the Asylum Office's decision, Plaintiff agrees to voluntarily dismiss the case.

5.    The parties agree to bear their own litigation costs and attorney fees.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until September 10, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: July 27, 2026

Respectfully submitted,[2]

CRAIG H. MISSAKIAN
United States Attorney


*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
Case No. 3:26-cv-04724-MMC                    2

Dated: July 27, 2026

/s/ Jane Oak
JANE OAK
Law Offices of Jane Oak & Associates
Attorney for Plaintiff

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until September 10, 2026.

Date: July 27, 2026

HON. MAXINE M. CHESNEY
United States District Judge